UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SARAH GRINENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>OLYMPIC PANEL PRODUCTS, LLC, a Washington State limited liability company; INTERNATIONAL ASSOCIATION OF MACHINISTS, WOODWORKERS LOCAL LODGE W-38, et al.,<br><br>    Defendants. | CASE NO. C07-5402BHS<br><br>ORDER DENYING SECOND EMERGENCY MOTION FOR A PROTECTIVE ORDER |

This matter comes before the Court on Defendant's Second Emergency Motion for a Protective Order Filed on Behalf of Third Parties Dobson, Thompson, Tahja, Compton, Simpson, Wines and Macrae. Dkt. 127. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

Defendant requests a protective order that potential witnesses Eric Dobson, Wayne Thompson, Chuck Macrae, Toinette Wines, and Yvonne Tahja be allowed to "appear at one time sequence at a mutually agreed time and place" for depositions. Defendant states that setting Plaintiff's proposed deposition dates "would cause unnecessary oppression, burden and expense." Defendant also requests that the Court issue an order prohibiting Plaintiff from being subpoenaed by Plaintiff.

ORDER - 1

Defendant failed to demonstrate how the potential witnesses are burdened by the deposition schedule proposed by Plaintiff. In addition, Defendant cites no legal authority that the Court has authority to issue an order preventing Plaintiff from issuing a subpoena.

Plaintiff and Defendant are once again directed to not only meet in good faith, but also confer in good faith, prior to filing any discovery motions.

## II. ORDER

Therefore, it is hereby

**ORDERED** that the Second Emergency Motion for a Protective Order (Dkt. 127) is **DENIED**.

DATED this 28th day of August, 2008.

BENJAMIN H. SETTLE
United States District Judge